# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Hilda Montero, | : | |
| | : | |
| Plaintiff, | : | Case No. 5:20-cv-06492 |
| | : | |
| v. | : | **NOTICE OF VOLUNTARY DISMISSAL** |
| | : | **WITHOUT PREJUDICE** |
| Nordstrom Fulfillment Center, | : | **Fed. R. Civ. P. 41(a)(1)(A)(ii)** |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Hilda Montero, by and through her undersigned counsel, voluntarily dismisses this action, without prejudice, in order to pursue it in arbitration.

Dated:  January 22, 2021

MALAMUT & ASSOCIATES

_/s/ Mark R. Natale_
Mark R. Natale, Esq.
MALAMUT & ASSOCIATES
457 Haddonfield Road, Suite 500
Cherry Hill, NJ 08002
856.424.1808 Telephone
856.424.2032 Facsimile
mnatale@malmutlaw.com

ATTORNEY FOR PLAINTIFF
HILDA MONTERO

## <u>CERTIFICATE OF SERVICE</u>

I, Mark R. Natale, hereby certify that on the 19th day of January, 2021, I caused the foregoing NOTICE OF VOLUNTARY DISMISSAL to be filed via ECF and that Defendant's counsel, Martha J. Keon and Kimberly Saginario of Littler Mendelson, P.C., are filing users under the ECF system.  Upon the electronic filing of a pleading or other document, the ECF system will automatically generate and send a Notice of Electronic Filing to all filing users associated with this case.  Electronic service by the Court of the Notice of Electronic Filing constitutes service of the filed document and no additional service upon a filing user is required.

*/s/ Mark R. Natale*
Mark R. Natale

4814-9462-9336.1 058713.1138